**TIERNEY v. GARRARD**

[347 N.C. 258 (1997)]

JOHN T. TIERNEY, W.R. ARMSTRONG, JR., DIANNE JUBY, W.W. BECK, JR., JAMES C. HEDGECOCK, JACQUE HEDGECOCK, ROBERT DOWNING, STEVEN COHEN, TIMOTHY J. DENAULT, SUSAN P.A. DENAULT, DENNIS HALL, CAROL HALL, CAREY BERG, CONNALLY BRANCH, AND SUBSCRIBERS OF FIRST CONSUMERS STATE BANK, SOUTHERN PINES (PROPOSED) v. ROBERT M. GARRARD

No. 496PA96

(Filed 3 October 1997)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 124 N.C. App. 415, 477 S.E.2d 73 (1996), affirming orders entered on 5 June 1995 and 24 July 1995 by Webb, J., in Superior Court, Moore County. Heard in the Supreme Court 8 September 1997.

*Britt & Britt, by William S. Britt, for plaintiff-appellants.*

*Bugg & Wolf, P.A., by John E. Bugg and William J. Wolf, for defendant-appellee.*

PER CURIAM.

AFFIRMED.